justice accordingly appoints said Mortimer W. Byers and Meier Steinbrink to prosecute in this court the disciplinary proceedings to be taken against the attorneys named in the first intermediate report of Mr. Justice Leander B. Faber. Order signed.

AMERICAN STEEL EXPORT COMPANY, INC., Respondent, v. WHITE & ASSOCIATES, INCORPORATED, Appellant, and Others, Defendants. (Action No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

AMERICAN STEEL EXPORT COMPANY, INC., Respondent, v. WHITE & ASSOCIATES, INCORPORATED, Appellant, and Others, Defendants. (Action No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

AMERICAN STEEL EXPORT COMPANY, INC., Respondent, v. WHITE & ASSOCIATES, INCOPPORATED, Appellant, and Others, Defendants. (Action No. 3.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

AMERICAN VACUUM BOTTLE CORPORATION, Respondent, v. WHITE & ASSOCIATES, INCORPORATED, Appellant, and Others, Defendants. (Action No. 4.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

NATHANIEL BECHER, Respondent, v. CLARENCE D. SIRE, Appellant.— Motion to dismiss appeal denied upon condition that, within five days from the entry of the order herein, appellant file an undertaking, with corporate surety, to secure the payment of the judgment in the event that the decision upon the appeal is adverse to him; otherwise, motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

BRUNO CARDAMONE, as Administrator, etc., of JOSEPH CARDAMONE, Deceased, Appellant, v. VALVOLINE OIL COMPANY and ARTHUR P. GRIFFIN, Respondents.— The decision of this motion is further reserved until Friday, June 15, 1928, at one P. M. Plaintiff at this time must show good cause why the motion to dismiss the appeal should not be granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

FLATBUSH BATHS, INC., Respondent, v. MICHAEL GALFUND, Individually and as Chairman and Secretary of the RUSSIAN RUBBERS' UNION, LOCAL 17794, and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SOLOMON FRUM, Appellant, v. JOSHER HOLDING CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. The moving papers do not comply with rule 12. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

GARAGE EXCHANGE CORPORATION, Appellant, v. HARRY SAMBERG and ZENITH GARAGE CORPORATION, Respondents. RETLAW HOLDING CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.